# MEMORANDUM CASES.

[L. A. No. 8516.  In Bank.—April 6, 1927.]

GOLDEN STATE BANK (a Corporation), Respondent, v.
BLANCHE L. DOLPH, Appellant.

[1] PROMISSORY NOTES — NEGOTIABILITY — TIME OF PAYMENT. — The
judgment in this case is affirmed on the authority of *The Anaheim
National Bank* v. *Dolph, ante,* p. 17.

APPEAL from a judgment of the Superior Court of
Orange County. R. Y. Williams, Judge. Affirmed.

The facts are stated in the opinion of the court.

Black, Hammack & Black and Meserve & Meserve for
Appellant.

Underwood, Burke & Cree for Respondent.

THE COURT.—[1]  This is an appeal on the judgment-
roll from a judgment in favor of the plaintiff on a promis-
sory note.  The facts are the same as those involved in *The
Anaheim National Bank* v. *Dolph, ante,* p. 17 [255 Pac.
184], with the exception of the amount of the note.  By
stipulation this appeal was submitted for decision on the
arguments and briefs in that case.  On the authority of said
case, the judgment is affirmed.

---

[L. A. No. 8518.  In Bank.—April 6, 1927.]

FIRST NATIONAL BANK OF OLIVE (a Corporation),
Respondent, v. BLANCHE L. DOLPH, Appellant.

[1] PROMISSORY NOTES — NEGOTIABILITY — TIME OF PAYMENT. — The
judgment in this case is affirmed on the authority of *The Anaheim
National Bank* v. *Dolph, ante,* p. 17.

APPEAL from a judgment of the Superior Court of Orange County. R. Y. Williams, Judge. Affirmed.

The facts are stated in the opinion of the court.

Black, Hammack & Black and Meserve & Meserve for Appellant.

H. L. Dearing for Respondent.

THE COURT.—[1] This is an appeal on the judgment-roll from a judgment in favor of the plaintiff on a promissory note. The facts are the same as those involved in *The Anaheim National Bank v. Dolph, ante,* p. 17 [255 Pac. 184], with the exception of the amount of the note. By stipulation this appeal was submitted for decision on the arguments and briefs in that case. On the authority of said case, the judgment is affirmed.

---

[L. A. No. 9190. In Bank.—April 22, 1927.]

J. H. McKIM et al., Respondents, v. IMPERIAL IRRIGATION DISTRICT et al., Defendants; C. W. BROCKMAN, Appellant.

[1] IRRIGATION DISTRICTS—BOUNDARIES.—The judgment appealed from in this case having been reversed in *McKim et al. v. Imperial Irrigation District et al., ante,* p. 110, the questions presented herein are held to be moot and the appeal is ordered dismissed.

APPEAL from a judgment of the Superior Court of Imperial County. Charles S. Burnell, Judge Presiding. Appeal dismissed.

The facts are stated in the opinion of the court.

Hugh S. MacKinnon for Appellant.

Ault & Anderson, Philip C. Sterry and Harry W. Horton for Respondents.

LANGDON, J.—[1] This appeal is from the identical judgment involved in the case of *McKim v. Imperial Irriga-*